UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KIMBERLY COX,

      Plaintiff,

v.                                          Case No.  8:06-cv-141-T-30MSS

HOME DEPOT USA, INC.,

      Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal (Dkt. #16).  In accordance with same,

it is **ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed with prejudice, each party to bear their own costs, attorney's fees and expenses.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 27, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-141.dismissal 16.wpd